KEMNITZER, BARRON, & KRIEG, LLP
KRISTIN KEMNITZER    Bar No. 278946
ADAM J. MCNEILE Bar No. 280296
1120 Mar West St., Ste. C2
Tiburon, CA  94920
Telephone:  (415) 632-1900
Facsimile:  (415) 632-1901
kristin@kbklegal.com
adam@kbklegal.com

Counsel for Plaintiff Robert Hossfeld

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HOSSFELD, individually and on behalf of others similarly situated,<br><br>             Plaintiff,<br><br>      v.<br><br>DIRECTV, LLC,<br><br>             Defendant.<br>_____ / | **Case No. 2:22-cv-05339-JLS-MAA**<br><br>**NOTICE OF WITHDRAWAL OF KRISTIN KEMNITZER AND KEMNITZER, BARRON & KRIEG, LLP AS ATTORNEYS OF RECORD FOR PLAINTIFF ROBERT HOSSFELD** |

TO THIS COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that KRISTIN KEMNITZER, and the firm Kemnitzer, Barron & Krieg, LLP, are withdrawing as counsel of record for Plaintiff ROBERT HOSSFELD in the above captioned case.

    JAMES C. SHAH and KOLIN C. TANG, of the firm MILLER SHAH, LLP remain on record as local attorneys for Plaintiff ROBERT HOSSFELD.

    Respectfully submitted,

Dated:  November 1, 2022                 KEMNITZER, BARRON & KRIEG, LLP

                                                  By:   /s/ *Kristin Kemnitzer*
                                                          KRISTIN KEMNITZER