| | |
|---|---|
| 1 | BETH E. TERRELL (SBN 178181) |
| 2 | bterrell@terrellmarshall.com<br>JENNIFER RUST MURRAY |
| 3 | (*pro hac vice*)<br>jmurray@terrellmarshall.com |
| 4 | ADRIENNE D. MCENTEE<br>(*pro hac vice*) |
| 5 | amcentee@terrellmarshall.com<br>TERRELL MARSHALL LAW GROUP PLLC |
| 6 | 936 North 34th Street, Suite 300<br>Seattle, Washington 98103 |
| 7 | Telephone: (206) 816-6603<br>Facsimile:  (206) 319-5450 |
| 8 | |
| 9 | JAMES C. SHAH (SBN 260435)<br>jcshah@millershah.com |
| 10 | MILLER SHAH LLP<br>19712 MacArthur Blvd., Suite 222 |
| 11 | Irvine, California 92612<br>Telephone: (866) 540-5505 |
| 12 | Facsimile:  (866) 300-7367 |
| 13 | ALEXANDER H. BURKE<br>(*pro hac vice*) |
| 14 | aburke@burkelawllc.com<br>DANIEL J. MAROVITCH |
| 15 | (*pro hac vice*)<br>dmarkovitch@burkelawllc.com |
| 16 | BURKE LAW OFFICES, LLC<br>909 Davis Street, Suite 500 |
| 17 | Evanston, IL 60201<br>Telephone: (312) 729-5288 |
| 18 | *Attorneys for Plaintiff Robert Hossfeld* |
| 19 | |
| 20 | JASON D. RUSSELL (SBN 169219)<br>jason.russell@skadden.com |
| 21 | SKADDEN, ARPS, SLATE,<br>    MEAGHER & FLOM LLP |
| 22 | 300 South Grand Avenue, Suite 3400<br>Los Angeles, California 90071 |
| 23 | Telephone: (213) 687-5000<br>Facsimile:  (213) 687-5600 |
| 24 | MICHAEL W. MCTIGUE JR.<br>(*pro hac vice*) |
| 25 | michael.mctigue@skadden.com<br>MEREDITH C. SLAWE |
| 26 | (*pro hac vice*)<br>meredith.slawe@skadden.com |
| 27 | |
| 28 | COLM P. MCINERNEY<br>(*pro hac vice*)<br>colm.mcinerney@skadden.com |

STIPULATION OF DISMISSAL                    CASE NO. 2:22-cv-05339-JLS-MAA

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile:  (212) 735-2000

*Attorneys for Defendant DIRECTV, LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| ROBERT HOSSFELD, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC,<br><br>Defendant. | Case No. 2:22-cv-05339-JLS-MAA<br><br>Honorable Josephine L. Staton<br><br>**STIPULATION OF DISMISSAL**<br><br>Second Amended Complaint Filed: October 26, 2023 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Robert Hossfeld and Defendant DIRECTV, LLC, by and through their attorneys, hereby stipulate to the dismissal of the above-captioned action with prejudice as to the named Plaintiff and without prejudice as to the putative class. Each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: January 29, 2024 | TERRELL MARSHALL LAW GROUP PLLC |
| 2 | | |
| 3 | | By: */s/ Beth E. Terrell* |
| | | Beth E. Terrell (SBN 178181) |
| 4 | | Jennifer Rust Murray (*pro hac vice*) |
| | | Adrienne D. McEntee (*pro hac vice*) |
| 5 | | |
| | | MILLER SHAH LLP |
| 6 | | James C. Shah (SBN 260435) |
| 7 | | BURKE LAW OFFICES, LLC |
| | | Alexander H. Burke (*pro hac vice*) |
| 8 | | Daniel J. Marovitch (*pro hac vice*) |
| 9 | | *Attorneys for Plaintiff Robert Hossfeld* |
| 10 | | |
| | Dated: January 29, 2024 | SKADDEN, ARPS, SLATE, MEAGHER |
| 11 | | & FLOM LLP |
| 12 | | By: */s/ Jason D. Russell* |
| 13 | | Jason D. Russell (SBN 169219) |
| | | Michael W. McTigue Jr. (*pro hac vice*) |
| 14 | | Meredith C. Slawe (*pro hac vice*) |
| | | Colm P. McInerney (*pro hac vice*) |
| 15 | | |
| | | *Attorneys for Defendant DIRECTV, LLC* |